# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

JOHN HENRY GANT, JR.                                                                  PLAINTIFF

2:20cv00130-JM-JJV

ANDREW SAUL, Commissioner,
Social Security Administration                                                        DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## **DISPOSITION**

On March 3, 2021, I entered an Order notifying Plaintiff that proof of service had not been filed to indicate proper service was obtained on Defendant as required by Federal Rule of Civil Procedure 4(i)(2) and (l). Although summons was returned executed for service upon the Commissioner, the Federal Rules require that the Attorney General and the United States Attorney be served. (*Id.*) Under these circumstances, the Complaint is subject to dismissal. Fed. R. Civ. P. 4(m); *Bryant v. Brooklyn Barbecue Corp.*, 932 F.2d 697, 698 (8th Cir.); *Ouzts v. Cummins*, 825 F.2d 1276, 1278 (8th Cir. 1987).

I gave Plaintiff until March 26, 2021 to file proof of service. However, as of this date, Plaintiff has not responded and, therefore, failed to comply with my order and the requirements of the Federal Rules of Civil Procedure.

For these reasons, I find Plaintiff has failed to carry his burden of prosecuting this cause of action and perfecting service. Accordingly, I recommend this cause of action be dismissed without prejudice.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint be dismissed and this cause of action be dismissed without

prejudice.

    DATED this 29th day of March 2021.

                                                                         _____
                                                                         JOE J. VOLPE
                                                                         UNITED STATES MAGISTRATE JUDGE