IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHN HENRY GANT, JR.                                                                     PLAINTIFF

2:20cv00130-JM-JJV

ANDREW SAUL, Commissioner,
Social Security Administration                                                           DEFENDANT

**JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed, and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 15th day of April, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE